UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 17-cv-61416

1ST GLOBAL CAPITAL LLC

    Plaintiff/Counter-Defendant,

vs.

VOLT ELECTRICAL SYSTEMS LLC. & PAUL
JAMES BOUDREAUX JR, individually.

    Defendants/Counter-Plaintiffs
_____/

**DEFENDANTS/COUNTER-PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT
JUDGMENT AND INCORPORATED MEMORANDUM OF LAW**

COMES NOW the Defendants/ Counter-Plaintiffs, VOLT ELECTRICAL SYSTEMS LLC. & PAUL JAMES BOUDREAUX JR., individually (collectively the "Defendants"), by and through their undersigned counsel and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, move this Court for entry of a default judgment as to Plaintiff/ Counter-Defendant, 1st GLOBAL CAPITAL LLC (hereinafter "Plaintiff"), and in support thereof state as follows:

1. On May 26, 2017, Plaintiff filed a Complaint against Defendants in the Circuit Court of the 17th Judicial Circuit, in and for Broward County, Florida. Defendants were served on July 13, 2017, as evidenced by the Affidavits of Service filed herein.

2. On July 17, 2017, Defendants filed their Notice of Removal with this Court, along with their Answer and Counterclaim.[1] As Plaintiff's counsel is admitted to practice in the Southern

---

[1] Defendants also filed an Amended Notice of Removal on July 21, 2017 due to a scrivener's error in the original Notice of Removal, but did not re-file their Answer and Counterclaim. As such, the Answer and Counter-Claim was filed and properly served on July 17, 2017.

Page **1** of **4**

District of Florida and is registered to receive electronic service of documents through the CM/ECF system, Plaintiff was validly served with the Answer and Counterclaim on July 17, 2017 when the undersigned counsel filed same through the CM/ECF system.

3. Furthermore, Defendants filed the Notice of Removal in the original state court case on July 17, 2017, so Plaintiff was well-aware of the pending Federal court proceedings.

4. Pursuant to Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, a party must serve an answer to a counterclaim within 21 days of being served with the pleading. As such, Plaintiff's response to the Counterclaim was due on August 7, 2017. To date, Plaintiff has failed to serve an Answer to the Counterclaim.

5. As a result, the undersigned counsel emailed Plaintiff's counsel on August 10, 2017 indicating that if an Answer was not filed by August 11, 2017, Defendants would proceed with a Motion for Default. A true and accurate copy of the email exchange is attached hereto as **Exhibit "A"**.

6. The Plaintiff's responded that they could not find a copy of the counterclaim and thus, the undersigned counsel sent them a copy on August 17th and gave them until August 24th to file a response. A true and accurate copy of the e-mail exchange is attached hereto as **Exhibit "B."**

7. At no point did Plaintiff file a motion for extension of time with the Court and an order was never entered extending Plaintiff's time to respond.

8. To date, Plaintiff has failed to serve an Answer to Defendants' Counterclaim. As such, this Court has authority to enter a Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

## MEMORANDUM OF LAW

Rule 55(a) of the Federal Rules of Civil Procedure provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Subsection (b)(2) empowers the Court to enter a default judgment upon a party's application.

On a motion for default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the Court accepts the facts alleged in the complaint or counterclaim as true: "[t]he effect of a default judgment is that the [plaintiff] admits the [defendant's] well-pleaded allegations of fact, is concluded on those facts by the judgment, and is barred from contesting on appeal the facts thus established." *Buchanan v. Buchanan*, 820 F. 2d 359, 361 (11th Cir. 1987); *Ordonez v. Icon Sky Holdings LLC*, 2011 WL 3843890, at *1 (S.D. Fla. 2011) (citing *Buchanan*); *United States v. Unknown Executor*, 2015 WL 11217228, at *1 (S.D. Fla. 2015) (citing *Buchanan*).

Because Plaintiff failed to response to Defendants' Counter-Claim, this Court is empowered to enter a default judgment pursuant to Rule 55(b)(2). Further, this Court should accept the facts alleged in Defendants' Counter-Claim as true and enter a final judgment granting Defendants the relief sought in their Counter-Claim.

Specifically, by accepting the facts alleged in the Counter-Claim as true the contract at issue rises to the level of criminal usury. *See Paragraphs 11-29 and 44-49 of the Defendants' Counterclaim.* Pursuant to Florida Statute the loan in question rises to the level of criminal usury. *See Fla. Stat. §687.07.* As such, the entire loan obligation is unenforceable and the Defendants are entitled to forfeiture from the lender of any and all principal and interest actually paid by the borrower to the lender under the usurious loan. *See Matter of Offshore Development Corp*, 37 B.R. 96 (Bankr.M.D.Fla. 1984), *aff'd, Beausejour Corp. N.V. v. Offshore Development Co., Inc.*

802 F.2d 1319 (11th Cir. 1986) (finding criminally usurious agreement was unenforceable and entitled borrower to judgment in its favor for monies paid under the agreement).

Further, Defendants have alleged Plaintiff violated Florida Statutes §501.201 et seq., and more commonly referred to as the Florida Deceptive and Unfair Trade Practices Act (hereinafter FDUTPA). Accepting the allegations has true Plaintiff has violated FDUTPA and Defendants/Counter-Plaintiffs are entitled to all of their fees and costs pursuant to §501.2105.

WHEREFORE, Defendants/Counter-Plaintiffs respectfully request this Court enter a judgment of default against Plaintiff as provided in the proposed Final Judgment filed contemporaneously with this Motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of September 2017, I electronically filed the foregoing with the Clerk of Courts by using the CM/ECF System which will send a notice of electronic filing to: Steven Zakharyayev, Steven@1stglobalcapital.com, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach FL, 33009.

KEERSTEN HESKIN MARTINEZ
Florida Bar No. 77021
AVERY F. DAWKINS
Florida Bar No. 104976
The Heskin Martinez Law Group
800 N. Magnolia Avenue, Suite 1500
Orlando, Florida 32803
Phone: (407) 403-5990
Primary Email: mail@heskinmartinezlaw.com
Secondary Email: office@heskinmartinezlaw.com
Attorneys for Defendants/Counter-Plaintiffs

# EXHIBIT "A"

**Cc:** Keersten Martinez <kmartinez@heskinmartinezlaw.com>; Roxanne Young <office@heskinmartinezlaw.com>
**Subject:** 1st Global Capital LLC v. Volt Electrical Systems LLC & Paul James Boudreaux Jr.

Hi Steven,

I am following up on the status of your Answer to our Counter-Claim in the above-named case. Our Answer and Counter-Claim was filed on July 17, 2017. As such, you Answer was due on Monday, August 7, 2017. If we do not receive your Answer by Friday, August 11th, we will proceed with filing a Motion for Default. Please advise.

Best regards,
Avery


Avery F. Dawkins, Esq.
The Heskin Martinez Law Group
800 N. Magnolia Avenue
Suite 1500
Orlando, Florida 32803
Phone 407.403.5990
Direct 407.757.2897
ADawkins@Heskinmartinezlaw.com



CONFIDENTIAL : The information in this email (including any attachments) is confidential and may be privileged. If you are not the intended recipient, you may not and must not read, print, forward, use or disseminate the information contained herein. Although this email (and any attachments) are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is free of viruses or defects and no responsibility is accepted by the sender for any loss or damage arising or resulting in any way from its receipt or use. If you are not the intended recipient of this message, please reply to the sender and include this message and then delete this message from your inbox and your archive and/or discarded messages files. Any unintended disclosure of legally privileged and/or confidential information that may have occurred is inadvertent and does not constitute a waiver of any such privilege or confidentiality. Thank you.

IMPORTANT: Heskin Martinez Law Group utilizes spam and junk e-mail filtration applications in its e-mail information systems. These applications may prevent or delay delivery of certain e-mail communications. If you do not receive a timely response to an e-mail communication, please contact the intended recipient via telephone at 407-403-5990.

IRS CIRCULAR 230 NOTICE: Pursuant to Treasury Department Circular 230, this is to advise you that unless we otherwise expressly state in writing, any and all e-mail communications, including all

attachments, from this firm are not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties. If you wish to engage this firm to provide formal written advice as to federal or state tax issues, please contact the sender.

# EXHIBIT "B"

**From:** Keersten Martinez <kmartinez@heskinmartinezlaw.com>
**Date:** Thursday, August 17, 2017 at 10:29 AM
**To:** Yvonne Novoa <yvonne@1stglobalcapital.com>, Avery Dawkins <adawkins@heskinmartinezlaw.com>
**Cc:** Roxanne Young <office@heskinmartinezlaw.com>
**Subject:** RE: 1st Global Capital LLC v. Volt Electrical Systems LLC & Paul James Boudreaux Jr.

Attached is the answer and counterclaim that was filed in the Federal Court action on July 17th. Thus, a response is way past due. I am concerned the Court will issue an order to show cause shortly for me not pursuing so cannot give you 30 days. The longest I can give is until next Friday to respond. If he would like to discuss resolution I am open to that also but it would need to be done quickly.

As for why you didn't receive, It was electronically served in the Federal case. Mr. Zakharyayev is admitted and signed up for electronic service so it was validly served.

Keersten Heskin Martinez, Esq
Board Certified Marital and Family Law Specialist
The Heskin Martinez Law Group
800 N. Magnolia Avenue
Suite 1500
Orlando, FL 32803
Phone 407.403.5990
Direct 407.757.2899
Assistant 407.757.2898
KMartinez@Heskinmartinezlaw.com



CONFIDENTIAL : The information in this email (including any attachments) is confidential and may be privileged. If you are not the intended recipient, you may not and must not read, print, forward, use or disseminate the information contained herein. Although this email (and any attachments) are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is free of viruses or defects and no responsibility is accepted by the sender for any loss or damage arising or resulting in any way from its receipt or use. If you are not the intended recipient of this message, please reply to the sender and include this message and then delete this message from your inbox and your archive and/or discarded messages files. Any unintended disclosure of legally privileged and/or confidential information that may have occurred is inadvertent and does not constitute a waiver of any such privilege or confidentiality. Thank you.
IMPORTANT: Heskin Martinez Law Group. utilizes spam and junk e-mail filtration applications in its e-mail information systems. These applications may prevent or delay delivery of certain e-mail

communications. If you do not receive a timely response to an e-mail communication, please contact the intended recipient via telephone at 407-403-5990

IRS CIRCULAR 230 NOTICE: Pursuant to Treasury Department Circular 230, this is to advise you unless we otherwise expressly state in writing, e-mail communications, including all attachments, from this firm are not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties. If you wish to engage this firm to provide formal written advice as to federal or state tax issues, please contact the sender.

**From:** Yvonne Novoa [mailto:yvonne@1stglobalcapital.com]
**Sent:** Friday, August 11, 2017 1:41 PM
**To:** dawkins@heskinmartinezlaw.com
**Cc:** Keersten Martinez <kmartinez@heskinmartinezlaw.com>; Roxanne Young <office@heskinmartinezlaw.com>
**Subject:** RE: 1st Global Capital LLC v. Volt Electrical Systems LLC & Paul James Boudreaux Jr.

Good afternoon:

Upon reviewing the docket we do not see a Counter-Claim was filed. However, A Notice of Filing/Notice of Removal to Federal Court was docketed on 7.21.17.

| Date | Filing |
|---|---|
| 07/17/2017 | Notice of Filing/Notice of Removal to Federal Court |
| 07/18/2017 | Notice of Filing/Notice of Removal to Federal Court |
| 07/21/2017 | Notice of Filing/Notice of Removal to Federal Court<br>Comment (NOTICE OF FILING AMENDED NOTICE OF REMOVAL ) |

If a Counter-Claim was filed, please forward same and let us know if we can enter into an Agreed Order allowing us 30 days to respond

Thank you
Yvonne


**From:** Steven Zakharyayev
**Sent:** Friday, August 11, 2017 1:36 PM
**To:** Yvonne Novoa <yvonne@1stglobalcapital.com>
**Subject:** FW: 1st Global Capital LLC v. Volt Electrical Systems LLC & Paul James Boudreaux Jr.



**From:** Avery Dawkins [mailto:adawkins@heskinmartinezlaw.com]
**Sent:** Thursday, August 10, 2017 1:25 PM
**To:** steven@floridaloanlawyers.com; Steven Zakharyayev <steven@1stglobalcapital.com>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 17-cv-61416

1ST GLOBAL CAPITAL LLC

    Plaintiff/Counter-Defendant,

vs.

VOLT ELECTRICAL SYSTEMS LLC. & PAUL JAMES BOUDREAUX JR, individually.

    Defendants/Counter-Plaintiffs
_____/

**FINAL JUDGMENT**

    The Plaintiff/ Counter-Defendant, 1st GLOBAL CAPITAL LLC, having failed to plead or otherwise respond to the Defendants/ Counter Plaintiffs', VOLT ELECTRICAL SYSTEMS LLC. & PAUL JAMES BOUDREAUX JR., individually (collectively, "Defendants") Counterclaim, upon Defendants' Motion for Entry of Default Judgment, this Court FINDS that Plaintiff has defaulted pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. It is hereby

    ORDERED AND ADJUDGED as follows:

    1.    Plaintiff's Loan Agreement is void as criminally usurious. The Loan Agreement and any related documents shall be cancelled as of the date of this Judgment.

    2.    Plaintiff is barred from recovering any remaining installments due from Defendants under the Loan Agreement.

    3.    Within 10 days of this Judgment, Plaintiff shall reimburse Defendants for all principal and interest payments made by Defendants to date.

    4.    Defendants are entitled to a declaratory judgment in their favor pursuant to section

86.011, *Florida Statutes*.

5. Defendants shall be awarded damages equal to twice the amount of interest Defendants have paid Plaintiffs to date. Further, Plaintiffs shall pay Defendants' reasonable attorney's fees and costs.

DONE AND ORDERED this _____ day of _____ 2017.

_____
**Hon. WILLIAM P. DIMITROULEAS**
United States District Judge