UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-61416-CIV-DIMITROULEAS

1ST GLOBAL CAPITAL LLC,

    Plaintiff/Counter-Defendant,

v.

VOLT ELECTRICAL SYSTEMS LLC. & PAUL
JAMES BOUDREAUX JR, individually,

    Defendants.
_____/

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
AGAINST PLAINTIFF ON DEFENDANTS' COUNTERCLAIM;**

**REFERRING MATTER TO MAGISTRATE JUDGE SNOW
REGARDING DAMAGES AND REMEDIES**

THIS CAUSE is before the Court upon on Defendants Volt Electrical Systems LLC and Paul James Boudreaux Jr.'s Motion for Entry of Default Judgment [DE 13], filed herein on September 1, 2017. The Court has carefully considered the Motion, and is otherwise fully advised in the premises.

As of the date of this Order, no response has been filed by Plaintiff 1st Global Capital LLC and the deadline for such filing has passed. *See* S.D. Fla. L.R. 1(c).

On September 18, 2017, the Court issued an Order to Show Cause why the Motion should not be granted; the Court warned Plaintiff 1st Global Capital LLC that failure to timely respond may result in the Court granting the Motion by default and entering default judgment against Plaintiff on Defendants' Counterclaim. *See* [DE 13]. Plaintiff 1st Global Capital LLC again failed

1

to respond to the Order to Show Cause by the deadline of September 25, 2017.

Accordingly, it is **ORDERED AND ADJUDGED** that as follows:

1. Defendants Volt Electrical Systems LLC and Paul James Boudreaux Jr.'s Motion for Entry of Default Judgment [DE 13] is hereby **GRANTED**;

2. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this matter is hereby **REFERRED** to United States Magistrate Judge Lurana S. Snow for a hearing if necessary and report and recommendation regarding the damages and other remedies to be awarded in this action to Defendants Volt Electrical Systems LLC and Paul James Boudreaux Jr. and against Plaintiff 1st Global Capital LLC as to Defendants' Counterclaim.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of September, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record